*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-622**

IN RE MATTHEW H. SWYERS

**2017 DDN 81**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 455692**

BEFORE: Beckwith and McLeese, Associate Judges, and Nebeker, Senior Judge.

## O R D E R
(FILED—November 24, 2021)

On consideration of the certified order from the state of Virginia accepting the consent petition and suspending respondent from the practice of law in that jurisdiction for a period of two years with conditions; this court's September 16, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; respondent's response thereto wherein he consents to reciprocal discipline; respondent's D.C. Bar R. XI, §14(g) affidavit; and the statement of Disciplinary Counsel, it is

ORDERED that Matthew H. Swyers is hereby suspended from the practice of law in the District of Columbia for a period of two years, subject to the conditions imposed by the state of Virginia, nunc pro tunc to October 21, 2021. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**